UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CARRIE L. COLLINS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C11-0643-MAT<br><br>[~~PROPOSED~~] ORDER FOR EXTENTION OF TIME TO FILE A RESPONSE |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

Defendant shall have up to and including July 27 ,2011, to file a Response to Platiniff's Complaint.

DATED this 23rd day of June, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1     ORDER - [C11-0643-MAT]

Presented By:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov